

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

October 12, 2018

Honorable Robert E Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    Iftikhar Bhatti
              Bankruptcy Case No: 17-71623

Dear Judge Grossman:

Our office represents SN Servicing Corporation. Pursuant to the court's loss mitigation order entered on May 22, 2017 in the above referenced matter, please let this letter serve as a status report and summary of what has transpired between the parties.

On August 7, 2018 our office received this file from the new servicer, SN Servicing Corporation and reached out to debtor's counsel to advise that our client requested explanations regarding the documents they received from the prior servicer. Specifically:

- Only one month of paystubs were provided and shows no hourly rate- is the borrower on salary? The paystubs were also from May and are in need of updating.
- Another issue is the receipts included. What are they for? If they are for rental income the debtor is receiving, we need a profit and loss statement for the last 6 months along with rental agreements. There also was no income and expense sheet provided making it difficult to find out the proper DTI ratio for the borrower.

A denial has been issued as we have not received an explanation of the above. The denial letter has been provided to debtor's counsel. As a result, we respectfully request termination of loss mitigation.

**Please feel free to contact our office should you have additional questions.**

                                          Sincerely,

                                          /s/ Richard Postiglione, Esq.
                                          Richard Postiglione, Esq.
                                          Friedman Vartolo LLP
                                          1325 Franklin Avenue, Suite 230
                                          Garden City, NY 11530
                                          (P) 212.471.5100
                                          bankruptcy@friedmanvartolo.com